FIDELITY SAVINGS BANK, Administrator, Plaintiff, vs. AULIK and another, Defendants and Appellants: RODOWCA and another, Impleaded Defendants and Respondents.

*April 13—May 25, 1948.*

The cause was submitted for the appellants on the brief of *E. P. Gorman* of Wausau, and *Gustav Winter* of Antigo, and for the respondents on the brief of *O'Melia & Kaye* of Rhinelander.

BARLOW, J.   This case was argued and submitted with the case of *Fidelity Savings Bank v. Aulik, ante,* p. 602, 32 N. W. (2d) 613, and is ruled by the decision therein.

*By the Court.*—Judgment affirmed.